## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

DONNA KAMINSKI,                                        :    No. 217 EAL 2019
                                                       :
     Petitioner                         :
                                                       :
                                                       :    Petition for Allowance of Appeal from
                                                       :    the Order of the Commonwealth Court
     v.                                :
                                                       :
                                                       :
SOSMETAL PRODUCTS, INC., MILTON                        :
SOSKIN, TRUSTEE UNDER THE                              :
SOSKIN LIVING TRUST DATED                              :
11/2/1994, MIRIAM SOSKIN, TRUSTEE                      :
UNDER THE SOSKIN LIVING TRUST                          :
DATED 11/2/1994 AND CITY OF                            :
PHILADELPHIA,                                          :
                                                       :
     Respondents                        :

## <u>ORDER</u>


**PER CURIAM**

  **AND NOW**, this 11th day of September, 2019, the Petition for Allowance of Appeal is **DENIED**.